IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CENTRAL ALABAMA FAIR HOUSING CENTER, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:11cv982-MHT (WO) |
| JULIE MAGEE, in her official capacity as Alabama Revenue Commissioner, and WILLIAM HARPER, in his official capacity as Elmore County Revenue Commissioner, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the plaintiffs' motion for a temporary restraining order (Doc. No. 13) is set for an evidentiary hearing on November 23, 2011, at 8:00 a.m., in the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.  The defendants are to file a written response to the motion by no later than noon on November 22, 2011.

The court misspoke during the on-the-record conference on November 18, 2011, when it said that the motion for a temporary restraining order was "folded" into the motion for a preliminary injunction.  Instead, the two motions will be considered as separate motions on November 23.

The clerk of the court is DIRECTED to notify by telephone all defense counsel (those who appeared in person and by telephone at the status conference on November 18, 2011) of this order.

DONE, this the 21st day of November, 2011.

                  /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE