IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CENTRAL ALABAMA FAIR HOUSING CENTER, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NUMBER: 2:11-cv-00982-MHT-CSC |
| JULIE MAGEE, Revenue Commissioner for the State of Alabama, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

**STATE DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

The Honorable Julie Magee, Revenue Commissioner of the State of Alabama and defendant in this action, in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

Defendant Julie Magee, who is sued in her official capacity as Revenue Commissioner of the State of Alabama, is an individual.

Respectfully submitted,

LUTHER STRANGE
  (ASB-0036-G42L)
*Attorney General*

BY:

s/ Misty S. Fairbanks
Margaret L. Fleming
  (ASB-7942-M34M)
James W. Davis
  (ASB-4063-I58J)
Misty S. Fairbanks
  (ASB-1813-T71F)
William G. Parker, Jr.
  (ASB-5142-I72P)
Joshua K. Payne
  (ASB-1041-A55P)
*Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130
Telephone:   (334) 242-7300
Facsimile:    (334) 353-8440
mfleming@ago.state.al.us
jimdavis@ago.state.al.us
mfairbanks@ago.state.al.us
wparker@ago.state.al.us
jpayne@ago.state.al.us

*Attorneys for the State Defendant*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of November, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for Plaintiffs who are registered for electronic service in this case:

Mary Bauer
Samuel Brooke
Southern Poverty Law Center
4100 Washington Ave.
Montgomery, AL 36104
mbauer@splcenter.org
samuel.brooke@splcenter.org


s/ Misty S. Fairbanks
*Assistant Attorney General*

3