IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CENTRAL ALABAMA FAIR HOUSING CENTER, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:11cv982-MHT (WO) |
| JULIE MAGEE, in her official capacity as Alabama Revenue Commissioner, and JIMMY STUBBS, in his official capacity as Elmore County Probate Judge, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that the plaintiffs show cause, if any there be, in writing by 7:00 a.m. on November 23, 2011, as to why defendant Julie Magee's motion to change venue (Doc. No. 39) should not be granted.

DONE, this the 22nd day of November, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE