UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Central Alabama Fair Housing Center, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>State Revenue Commissioner Julie Magee and Elmore County Revenue Commissioner William Harper,<br><br>　　　　Defendants. | Case No. 2:11-cv-00982-MHT-CSC |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(b) of the Local Civil Rules of the United States District Court for the Middle District of Alabama, Sam Brooke, a member of this Court, moves this Court for his co-counsel, Lee Gelernt of the ACLU Immigrants' Rights Project, 125 Broad St, 18th Floor, New York, NY, 212-549-2660, lgelernt@aclu.org, to appear in this case *pro hac vice* on behalf of the Plaintiffs in the above-captioned case only. In support, Mr. Brooke states as follows:

　　　　1.　　Lee Gelernt is not admitted to practice in the U.S. District Court for the Middle District of Alabama.  Mr. Gelernt resides in and regularly practices law in the state of New York. He is a member in good standing of the New York bar.

　　　　2.　　Mr. Brooke is an attorney with the Southern Poverty Law Center, 400 Washington Avenue, Montgomery, Alabama 36104, (334) 956-8200, and is admitted to practice

before the Supreme Court of Alabama and the United States District Court for the Northern and Middle Districts of Alabama.

     3.    In accordance with the local rules of this Court, Mr. Gelernt has made payment of this Court's $50 admission fee.

     4.    Mr. Gelernt agrees to submit to and to comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before this Court in connection with his *pro hac vice* representation in this case.

     WHEREFORE, Sam Brooke moves this Court to enter the attached Order for Lee Gelernt to appear before this Court on behalf of all Plaintiffs in this case.

Respectfully submitted,

/s/ Sam Brooke
Sam Brooke
AL. Bar No. ASB - 1172- L60B
Southern Poverty Law Center
400 Washington Ave.
Montgomery, AL 36104
T: (334) 956-8200
F: (334) 956-8481
*samuel.brooke@splcenter.org*


before the Supreme Court of Alabama and the United States District Court for the Northern and Middle Districts of Alabama.

    3.    In accordance with the local rules of this Court, Mr. Gelernt has made payment of this Court's $50 admission fee.

    4.    Mr. Gelernt agrees to submit to and to comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before this Court in connection with his *pro hac vice* representation in this case.

    WHEREFORE, Sam Brooke moves this Court to enter the attached Order for Lee Gelernt to appear before this Court on behalf of all Plaintiffs in this case.

Respectfully submitted,

/s/ Sam Brooke
Sam Brooke
AL. Bar No. ASB - 1172- L60B
Southern Poverty Law Center
400 Washington Ave.
Montgomery, AL 36104
T: (334) 956-8200
F: (334) 956-8481
*samuel.brooke@splcenter.org*

**CERTIFICATE OF SERVICE**

     I hereby certify that on this date a true and correct copy of the foregoing has been delivered via the CM/ECF system to counsel representing the following defendant:

        Julie P. Magee
        State Revenue Commissioner
        50 North Ripley Street
        Montgomery, Alabama 36132

I further certify that on this date a true and correct copy of the foregoing was delivered by electronic mail and first-class mail to:

        Judge Jimmy Stubbs
        100 Commerce Street
        Wetumpka, Alabama 36092

I so certify this 28th day of November, 2011.

                                    /s/ Sam Brooke

☐ AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | New York |

**CERTIFICATE OF GOOD STANDING**

I, __DOUGLAS C. PALMER__, Clerk of this Court,

certify that __LEE GELERNT__, Bar # _____,

was duly admitted to practice in this Court on

__JULY 9, 1993__, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at __BROOKLYN, NY__ on __NOVEMBER 22, 2011__.
LOCATION            DATE

DOUGLAS C. PALMER            ELIZABETH GODDARD
CLERK                        DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Central Alabama Fair Housing Center, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>State Revenue Commissioner Julie Magee and Elmore County Revenue Commissioner William Harper,<br><br>            Defendants. | Case No. 2:11-cv-00982-MHT-CSC |

## **ORDER**

**IT IS ORDERED** that Motion for Admission *Pro Hac Vice* of Lee Gelernt is GRANTED.

_____
Myron H. Thompson
U.S. District Court Judge

_____
Date