IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CENTRAL ALABAMA FAIR )<br>HOUSING CENTER, et al., )<br>  )<br>    Plaintiffs, )<br>  )<br>    v. )<br>  )<br>  )<br>JULIE MAGEE, in her )<br>official capacity as )<br>Alabama Revenue )<br>Commissioner, and )<br>JIMMY STUBBS, in his )<br>official capacity as )<br>Elmore County Probate )<br>Judge, )<br>  )<br>    Defendants. ) | CIVIL ACTION NO.<br>2:11cv982-MHT<br>(WO) |

ORDER

Based upon the representations made in open court on November 23, 2011, it is ORDERED that the plaintiffs' motion to proceed under pseudonym (Doc. No. 9) is granted, subject to the conditions stated in court.

DONE, this the 1st day of December, 2011.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE