IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CENTRAL ALABAMA FAIR         )
HOUSING CENTER, et al.,      )
                             )
    Plaintiffs,              )
                             )      CIVIL ACTION NO.
    v.                       )        2:11cv982-MHT
                             )            (WO)
JULIE MAGEE, in her          )
official capacity as         )
Alabama Revenue              )
Commissioner, and            )
JIMMY STUBBS, in his         )
official capacity as         )
Elmore County Probate        )
Judge,                       )
                             )
    Defendants.              )
```

PRELIMINARY INJUNCTION

In accordance with the opinion issued today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The plaintiffs' motion for preliminary injunction (doc. no. 13) is granted.

(2) Defendants Julie Magee and Jimmy Stubbs, and all those acting in concert with them, are preliminarily ENJOINED from requiring any person who attempts to pay the

annual registration fee, required by 1975 Ala. Code § 40-12-255, to prove his or her U.S. citizenship or lawful immigration status.

(3) Defendants Magee and Stubbs, and all those acting in concert with them, are preliminarily ENJOINED from refusing to issue the manufactured home decal, required by 1975 Ala. Code § 40-12-255, to any person because that person cannot prove his or her U.S. citizenship or lawful immigration status.

(4) Defendant Magee is to notify immediately all county officials, who are responsible for enforcing the manufactured home registration requirements of 1975 Ala. Code § 40-12-255, of this preliminary injunction.

(5) The court preliminarily DECLARES that it is not a criminal violation of § 30 of HB 56 for an individual who owns, maintains, or keeps a manufactured home to make or attempt to make a registration payment and obtain a registration decal without providing proof of U.S. citizenship or lawful immigration status.

**The plaintiffs are not required to post any security while this preliminary injunction remains in effect. 42 U.S.C. § 3613(b)(2).**

**DONE, this the 12th day of December, 2011.**

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**