IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CENTRAL ALABAMA FAIR HOUSING CENTER, et al.,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) ) |
| **JULIE MAGEE, et al.,** | ) ) ) |
| **Defendants.** | ) ) ) |

CIVIL ACTION NO. 2:11-cv-982-MHT-CSC

### NOTICE OF APPEARANCE

COMES NOW Kendrick E. Webb, of the law firm of Webb & Eley, P.C., and files his notice of appearance as additional counsel of record for Jimmy Stubbs, Elmore County Probate Judge, a Defendant in the above-styled cause.

Respectfully submitted this 19th day of December, 2011.

**s/Kendrick E. Webb**
KENDRICK E. WEBB (WEB022)
FRED L. CLEMENTS, JR. (CLE044)
Attorneys for Defendant Stubbs
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
(334) 262-1850 T
(334) 262-1889 F
kwebb@webbeley.com

## CERTIFICATE OF SERVICE

   I hereby certify that on this the 19th day of December, 2011, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the following CM/ECF participants:

Alvaro M. Huerta, Esquire
Karen Cassandra Tumlin, Esquire
Linton Joaquin, Esquire
National Immigration Law Center
3435 Wilshire Boulevard
Suite 2850
Los Angeles, California  90010
huerta@nilc.org
tumlin@nilc.org
joaquin@nilc.org

Diana S. Sen, Esquire
John Foster S. Maer, Esquire
Latino Justice PRLDEF
99 Hudson Street
14th Floor
New York, New York  10013
dsen@latinojustice.org
jmaer@latinojustice.org

Lee Gelernt, Esquire
American Civil Liberties Union
125 Broad Street
18th Floor
New York, New York  10004
lgelernt@aclu.org

Jamie L. Crook, Esquire
Stephen M. Dane, Esquire
Relman, Dane & Colfax, PLLC
1225 19th Street NW, Suite 600
Washington, DC  20036
jcrook@relmanlaw.com
sdane@relmanlaw.com

Justin Cox, Esquire
ACLU Immigrants' Rights Project
230 Peachtree Street NW, Suite 1440
Atlanta, Georgia  30303
jcox@aclu.org

Krisit L. Graunke, Esquire
Southern Poverty Law Center
233 Peachtree Street NE
Suite 2150
Atlanta, Georgia  30316
kristi.graunke@splcenter.org

Mary C. Bauer, Esquire
Samuel J. Brooke, Esquire
Southern Poverty Law Center
400 Washington Avenue
Montgomery, Alabama  36104
mary.bauer@splcenter.org
samuel.brooke@splcenter.org

James William Davis, Esquire
Joshua K. Payne, Esquire
Margaret Lindsey Fleming, Esquire
Misty S. Fairbanks, Esquire
William G. Parker, Jr., Esquire
State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama  36130
jimdavis@ago.state.al.us
jpayne@ago.state.al.us
mfleming@ago.state.al.us
mfairbanks@ago.state.al.us
wparker@ago.state.al.us

                                              **s/Kendrick E. Webb**
                                              OF COUNSEL