IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **CENTRAL ALABAMA FAIR** | ) | |
| **HOUSING CENTER, et al.,** | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:11cv982-MHT |
| | ) | (WO) |
| **JULIE MAGEE, in her** | ) | |
| **official capacity as** | ) | |
| **Alabama Revenue** | ) | |
| **Commissioner, and** | ) | |
| **JIMMY STUBBS, in his** | ) | |
| **official capacity as** | ) | |
| **Elmore County Probate** | ) | |
| **Judge,** | ) | |
| | ) | |
|     Defendants. | ) | |

## ORDER

It is ORDERED that defendant Julie Magee's motion for leave to file additional evidence (Doc. No. 95) is granted.

DONE, this the 29th day of December, 2011.

                /s/ Myron H. Thompson
              **UNITED STATES DISTRICT JUDGE**