IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CENTRAL ALABAMA FAIR HOUSING CENTER, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:11cv982-MHT (WO) |
| JULIE MAGEE, in her official capacity as Alabama Revenue Commissioner, and JIMMY STUBBS, in his official capacity as Elmore County Probate Judge, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that the motion for leave to file a second amended complaint (Doc. No. 102) is set for submission, without oral argument, on January 9, 2012, with all briefs due by said date.

DONE, this the 30th day of December, 2011.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE