IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CENTRAL ALABAMA FAIR        ) <br> HOUSING CENTER, et al.,     ) <br>                              ) <br>      Plaintiffs,            ) <br>                              ) <br>      v.                      ) <br>                              ) <br>                              ) <br> JULIE MAGEE, in her          ) <br> official capacity as         ) <br> Alabama Revenue              ) <br> Commissioner, and            ) <br> JIMMY STUBBS, in his         ) <br> official capacity as         ) <br> Elmore County Probate        ) <br> Judge,                       ) <br>                              ) <br>      Defendants.             ) | CIVIL ACTION NO. <br> 2:11cv982-MHT <br> (WO) |

### ORDER

It is ORDERED that the motion for leave to file a second amended complaint (Doc. No. 102) is set for submission, without oral argument, on January 9, 2012, with all briefs due by said date.

DONE, this the 30th day of December, 2011.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE