IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CENTRAL ALABAMA FAIR., ) | |
| HOUSING CENTER, ET AL., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO.  2:11CV982-MHT |
| ) | |
| JULIE MAGEE, in her official capacity as ) | |
| Alabama Revenue Commissioner, ) | |
| and ) | |
| JIMMY STUBBS, in his official capacity as ) | |
| Elmore County Probate Judge, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Now pending before the court is the plaintiffs' motion for a protective order (Doc. 111) filed on January 6, 2012.  Upon consideration of the motion, and for good cause, it is

**ORDERED** that on or before January 25, 2012, the defendants shall show cause why the motion should not be granted.

Done this 11th day of January, 2012.

                             /s/Charles S. Coody                 
                            CHARLES S. COODY
                            UNITED STATES MAGISTRATE JUDGE