IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CENTRAL ALABAMA FAIR        ) | |
| HOUSING CENTER, et al.,     ) | |
|                             ) | |
|     Plaintiffs,             ) | |
|                             ) | CIVIL ACTION NO. |
|     v.                      ) | 2:11cv982-MHT |
|                             ) | (WO) |
| JULIE MAGEE, in her         ) | |
| official capacity as        ) | |
| Alabama Revenue             ) | |
| Commissioner, and           ) | |
| JIMMY STUBBS, in his        ) | |
| official capacity as        ) | |
| Elmore County Probate       ) | |
| Judge,                      ) | |
|                             ) | |
|     Defendants.             ) | |

## JUDGMENT

Pursuant to the notice of voluntary dismissal (doc. no. 127), it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff John Doe #1 and all his claims are dismissed without prejudice and plaintiff John Doe #1 is terminated as a party. The other plaintiffs and their claims are not dismissed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 15th day of March, 2012.**

```
        /s/ Myron H. Thompson    
    UNITED STATES DISTRICT JUDGE
```