```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
              MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

| | | |
|---|---|---|
| CENTRAL ALABAMA FAIR | ) | |
| HOUSING CENTER, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:11cv982-MHT |
| | ) | (WO) |
| JULIE MAGEE, in her | ) | |
| official capacity as | ) | |
| Alabama Revenue | ) | |
| Commissioner, and | ) | |
| JIMMY STUBBS, in his | ) | |
| official capacity as | ) | |
| Elmore County Probate | ) | |
| Judge, | ) | |
| | ) | |
|     Defendants. | ) | |

## ORDER

It is ORDERED as follows:

(1) The motion to stay proceedings (doc. no. 137) is granted.

(2) All proceedings in this case are stayed.

(3) All outstanding motions are denied with leave to renew.

(4) The parties are to jointly notify this court when the appellant mandates have been issued in the <u>HICA</u> and <u>United States v. Alabama</u> cases.

(5) All deadlines in this case are suspended.

(6) This case is closed administratively.

DONE, this the 16th day of March, 2012.

    <u>  /s/ Myron H. Thompson  </u>
    **UNITED STATES DISTRICT JUDGE**