IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CENTRAL ALABAMA FAIR        )
HOUSING CENTER, et al.,     )
                            )
    Plaintiffs,             )
                            )     CIVIL ACTION NO.
    v.                      )       2:11cv982-MHT
                            )           (WO)
JULIE MAGEE, in her         )
official capacity as        )
Alabama Revenue             )
Commissioner, and           )
JIMMY STUBBS, in his        )
official capacity as        )
Elmore County Probate       )
Judge,                      )
                            )
    Defendants.             )
```

JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 166), it is the ORDER, JUDGMENT, and DECREE of the court that the stay previously entered (Doc. No. 165) is dissolved and that this cause is dismissed in its entirety without prejudice.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 8th day of May, 2014.**

                              **  /s/ Myron H. Thompson  **
                              **UNITED STATES DISTRICT JUDGE**